## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LORI ROBINSON<br>330 Ridgely Street<br>Upper Marlboro, Maryland 20774<br>      Plaintiff,<br>v.<br><br>ERGO SOLUTIONS, LLC<br>1250 Connecticut Avenue, NW<br>Washington, DC 20036<br>      Defendant. | Civil Action No.:12 0147 JDB |

### AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGEMENT

I Samuel Bailey, Jr., declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the plaintiff in this action.

2. Complaint was served upon the defendant ERGO SOLUTIONS, LLC on September 24, 2012.

3. I further certify under penalty of perjury that: no appearance has been entered by said defendant in this case; no pleading has been filed and none served upon the attorney for the plaintiff; and no extension has been given and the time for filing has expired and the defendant is neither an infant nor an incompetent person.

4. A default was entered by the US District Court for the District of Columbia on April 12, 2013.

5. The plaintiff has suffered future pecuniary losses, emotional pain, suffering, inconvenience and mental anguish, loss of enjoyment of life as well as other nonpecuniary losses.

6.  The plaintiff claims damages against said defendant in the amount of $200,000.00 for compensatory damages and $200,000.00 for punitive damages pursuant to statutory damages under 42 USC 1981a (a) and (b) (1) and (2) and (3) (C).

Samuel Bailey, Jr. /s/
_____
Attorney for Plaintiff,  Bar # 384-974
1710 Rhode Island Avenue, NW
Third Floor
Washington, DC 20036
Tel. 202-359-8535