# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LORI ROBINSON<br>330 Ridgely Street<br>Upper Marlboro, Maryland 20774<br>      Plaintiff,<br>v.<br>ERGO SOLUTIONS, LLC<br>1250 Connecticut Avenue, NW<br>Washington, DC 20036<br>      Defendant. | Civil Action No.:12 0147 JDB |

### LORI ROBINSON'S PROPOSED EXHIBIT LIST

Comes now Plaintiff Lori Robinson, by and through Counsel and pursuant to the Court's November 25, 2013 Order provides the following exhibit list and states as follows:

1. Affidavit of Lori Robinson
2. Affidavit of Lisa Robinson
3. Affidavit of Jerry Warren, Jr.
4. Biographical Sketch of Dr. Frances Luella Cress Welsing
5. Report of Dr. Frances Cress Welsing
6. Affidavit of Alexis Dixon
7. Affidavit of Lori Robinson Health Care Provider or Personal Physician
8. Medical Records from Lori Robinson's Health Care Provider (or personal Physician)

Respectfully submitted,

Clifford G. Stewart /s/

 Clifford G. Stewart, Of Counsel
 535 Thirteenth Avenue
 Newark, NJ 07103

1

Samuel Bailey, Jr. /s/
Samuel Bailey, Jr., Esq.
1710 Rhode Island Avenue, NW
Third Floor
Washington, DC 20036
Tel. 202-359-8535